NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRYCE NICKELSON,                        )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-3222
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Paul A. Levine, Acting Circuit
Judge.

Howard L. Dimmig, II, Public Defender, and
Carol J.Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.